Christian Gabroy
(#8805)
Kaine Messer
(#14240)
GABROY | MESSER
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, Nevada 89012
Tel:	(702) 259-7777
Fax:	(702) 259-7704
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff Erin Hall*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ERIN HALL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MARCH MANAGEMENT, LLC, a Utah Limited Liability Company; CLINICAL EXAM EXPERTS, LLC, a Utah Limited Liability Company; JORDON KENNETH MARCH, M.D., an individual; DOES I through X; and ROE Corporations XI through XX, inclusive,<br><br>Defendant(s). | Case No. 2:24-cv-00668-JAD-NJK<br><br>**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**SUBMITTED IN COMPLIANCE WITH LR 26-1(b)** |

**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**

Plaintiff Erin Hall ("Plaintiff") and Defendants March Management, LLC, Clinical Exam Experts, LLC, and Jordon Kenneth March, M.D. (collectively "Defendants" and together with Plaintiff, the "Parties") by and through their respective counsel, submit this Stipulated Discovery Plan and Scheduling Order as required under Federal Rule of Civil Procedure 26(f) and Local Rule 26-1.

## Fed. R. Civ. P. 26(f) Conference

On April 18, 2024, the Parties telephonically met and conferred regarding the below certifications and discovery plan. The discovery plan complies with LR 26-1(b).

## Fed. R. Civ. P. 26(f) Report

**1.  What changes should be made in the timing, form, or requirement for disclosures under Fed. R. Civ. P. 26(a), including a statement of when initial disclosures were made or will be made?**

Initial disclosures will be made on or before May 2, 2024, which is 14 days after the Fed. R. Civ. P. 26 (f) conference.

**2.  The subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused on particular issues?**

The scope of discovery shall be as set forth under Fed. R. Civ. P. 26(b)(1). The Parties do not believe that discovery should be conducted in phases or limited to any particular issues at this time.

## Certifications

**1.  Alternative Dispute Resolution.**  The Parties discussed the possibility of using alternative dispute-resolution processes including mediation and arbitration. The Parties discussed the upcoming ENE, [ECF No. 9], currently scheduled for June 12, 2024, and will engage in good faith to attempt to settle this matter at the ENE.

**2.  Alternative Forms of Case Disposition.**  The Parties discussed consent to trial by a Magistrate Judge under 28 U.S.C. § 636 and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01). At this time, the Parties cannot reach agreement upon alternative forms of case disposition.

**3.  Electronic Evidence.**  The Parties discussed whether they intend to present evidence in electronic format to jurors for the purposes of jury deliberations. The

Parties believe that any electronic evidence to be provided or presented would be compatible with the Court's electronic jury evidence display system and have not entered into any stipulations regarding electronic evidence at this time.

### Discovery Plan

1. **Discovery Cut-Off Date.** On April 12, 2024, Defendants filed their Answer to the Complaint [ECF No. 7]. The discovery cut-off will be 180 days from that date, **October 9, 2024**.

2. **Initial Disclosures.** The Parties agree that the deadline for initial disclosures is **May 2, 2024**.

3. **Amending Pleadings and Adding Parties**. The deadline for filing motions to amend the pleadings or to add parties is 90 days before the close of discovery. These amendments are therefore due on **July 11, 2024**.

4. **Fed. R. Civ. P 26(a)(2) Disclosures (Experts).** Expert disclosures must be made 60 days before the discovery cut-off date and rebuttal-expert disclosures must be made 30 days after the initial disclosure of experts. Expert disclosures are due on **August 12, 2024**, and rebuttal-expert disclosures are due on **September 11, 2024**.

5. **Dispositive Motions.** The deadline for filing dispositive motions is 30 days after the discovery cut-off date. Dispositive motions are due on **November 8, 2024**.

6. **Pretrial Order.** The deadline for the joint pretrial order is 30 days after the dispositive motion deadline, **December 9, 2024**. If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

///

///

**7.     Fed. R. Civ. P. 26(a)(3) Disclosures.**  Disclosures required under Fed. R. Civ. P. 26(a)(3) and any objections to them must be included in the Joint Pretrial Order.

Dated: May 2, 2024

SNELL & WILMER L.L.P.

By: /s/ Paul Swenson Prior

Paul Swenson Prior, Esq.
Nevada Bar No. 9324
Theresa C. Trenholm, Esq.
Nevada Bar No. 16460
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Defendants March Management, LLC, Clinical Exam Experts, LLC, and Jordon Kenneth March, M.D.*

Dated: May 2, 2024

GABROY | MESSER

By: /s/ Christian Gabroy

Christian Gabroy
Nevada Bar No. 8805
Kaine Messer
Nevada Bar No. 14240
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, Nevada 89012

*Attorneys for Plaintiff Erin Hall*

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE
DATED: May 3, 2024