1  Paul Swenson Prior, Esq.
   Nevada Bar No. 9324
2  Theresa C. Trenholm, Esq.
   Nevada Bar No. 16460
3  SNELL & WILMER L.L.P.
   1700 South Pavilion Center Drive, Suite 700
4  Las Vegas, NV 89135
   Telephone: (702) 784-5200
5  Facsimile: (702) 784-5252
   Email: sprior@swlaw.com
6         ttrenholm@swlaw.com

7  *Attorneys for Defendants March Management,
   LLC, Clinical Exam Experts, LLC,*
8  *and Jordon Kenneth March, M.D.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERIN HALL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MARCH MANAGEMENT, LLC, a Utah Limited Liability Company; CLINICAL EXAM EXPERTS, LLC, a Utah Limited Liability Company; JORDON KENNETH MARCH, M.D., an Individual; DOES I through X; and ROE Corporations XI through XX, inclusive,<br><br>Defendants. | Case No. 2:24-cv-00668-JAD-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Erin Hall ("Plaintiff") and Defendants March Management, LLC, Clinical Exam Experts, LLC, and Jordon Kenneth March, M.D. ("Defendants" and together with Plaintiff, the "Parties"), by and through undersigned counsel, hereby stipulate and agree as follows:

1. An order shall be entered dismissing the Complaint with prejudice;

2. Any outstanding hearings and deadlines pertaining to the Complaint shall be vacated; and

///

///

4893-1247-2310

3. The Parties shall bear their own attorneys' fees and costs associated with this action.

**IT IS SO STIPULATED**

Dated: November  12 , 2024

GABROY MESSER

By: /s/   Christian Gabroy
    Christian Gabroy, Esq.
    Nevada Bar No. 8805
    Kaine Messer, Esq.
    Nevada Bar No. 14240
    170 S. Green Valley Pkwy., Ste. 280
    Henderson, NV 89012

*Attorneys for Plaintiff Erin Hall*

Dated: November  12 , 2024

SNELL & WILMER L.L.P.

By: /s/ Paul Swenson Prior
    Paul Swenson Prior, Esq.
    Nevada Bar No. 9324
    Theresa C. Trenholm, Esq.
    Nevada Bar No. 16460
    1700 S. Pavilion Center Drive, Ste. 700
    Las Vegas, NV 89135

*Attorneys for Defendants March Management, LLC, Clinical Exam Experts, LLC, and Jordon Kenneth March, M.D.*

## ORDER

Based on the parties' stipulation [ECF No. 21] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
 U.S. District Judge Jennifer A. Dorsey
Dated: November 13, 2024

Respectfully submitted by:

SNELL & WILMER L.L.P.

By: /s/ Paul Swenson Prior
    Paul Swenson Prior, Esq. (NV Bar No. 9324)
    Theresa C. Trenholm, Esq. (NV Bar No. 16460)
    1700 South Pavilion Center Drive, Ste. 700
    Las Vegas, NV 89135
    *Attorneys for Defendants March Management, LLC Clinical Exam Experts, LLC, and Jordon Kenneth March, M.D.*

4893-1247-2310